The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Clayton George Smith
    v. Commonwealth of Virginia
    Record No. 0724-14-4
    Opinion rendered by Judge Humphreys on
    October 13, 2015

2.  Brian Jeffrey Turner
    v. Commonwealth of Virginia
    Record No. 1309-14-4
    Opinion rendered by Judge Humphreys on
    October 27, 2015

3.  Robert Jeffrey Kobman
    v. Commonwealth of Virginia
    Record No. 1451-14-2
    Opinion rendered by Senior Judge Clements on
    October 27, 2015

4.  Geoffrey Narcisco Rivera
    v. Commonwealth of Virginia
    Record No. 1931-14-1
    Opinion rendered by Judge Chafin on
    November 10, 2015

5.  Antonio Hall, a/k/a Antonio Barrow
    v. Commonwealth of Virginia
    Record No. 2141-14-1
    Opinion rendered by Judge Beales on
    November 10, 2015

6.  Cris R. Anderson
    v. Cris R. Anderson, d/b/a Anderson Plumbing and Firstcomp Insurance Company
    Record No. 0697-15-2
    Opinion rendered by Judge Russell on
    November 10, 2015

7. Robert Lee McLaughlin, Jr.
   v. Commonwealth of Virginia
   Record No. 1187-14-1
   Opinion rendered by Judge Beales on
   November 17, 2015

8. Donna Marie Porter
   v. Commonwealth of Virginia
   Record No. 1374-14-2
   Opinion rendered by Judge Alston on
   November 17, 2015

9. William Edward Freeman, Jr.
   v. Commonwealth of Virginia
   Record No. 2302-14-4
   Opinion rendered by Judge Petty on
   November 17, 2015

10. Traer Ramon Tisdale
    v. Commonwealth of Virginia
    Record No. 2138-14-1
    Opinion rendered by Judge O'Brien on
    November 17, 2015

11. Kirk T. Milam
    v. Sheila J. Milam
    Record No. 0079-15-4
    Opinion rendered by Judge Petty on
    November 17, 2015

12. Claude Davis
    v. Commonwealth of Virginia
    Record No. 0693-14-1
    Opinion rendered by Judge Beales on
    November 24, 2015

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Virginia Marine Resources Commission
    v. Chincoteague Inn and Raymond Britton Enforcement, *ex rel*. Courtney T. Newsome
   Record No. 0086-12-1
    Opinion rendered by Senior Judge Frank
      on August 14, 2012; order upon remand entered on November 4, 2014
    Refused (141732)

2. Gene Anthony Brown
    v. Commonwealth of Virginia
   Record No. 0269-13-3
    Opinion rendered by Chief Judge Huff
      on November 4, 2014
    Refused (141753)

3. Jabril Jamal Holliday
    v. Commonwealth of Virginia
   Record No. 2003-13-1
    Opinion rendered by Judge McCullough
      on December 30, 2014
    Refused (150176)

4. Antwain Maurice Jones
    v. Commonwealth of Virginia
   Record No. 0087-14-4
    Opinion rendered by Judge Beales
      on February 18, 2015
    Refused (150448)

5. Hugo Alberto Sandoval
    v. Commonwealth of Virginia
   Record No. 1554-13-4
    Opinion rendered by Judge Alston
      on February 24, 2015
    Refused (150428)

6. Joquan Wayne Hawkins
    v. Commonwealth of Virginia
   Record No. 0908-14-2
    Opinion rendered by Senior Judge Haley
      on April 21, 2015
    Refused (150777)

7. Andre Eugene Sanders
   v. Commonwealth of Virginia
   Record No. 1386-14-1
   Opinion rendered by Judge Decker
     on May 26, 2015
   Refused (150903)

8. Steven Lamont Forte
   v. Commonwealth of Virginia, Department of Social Services, Division of Child Support Enforcement, *ex rel.* Courtney T. Newsome
   Record No. 1220-14-1
   Opinion rendered by Judge McCullough
     on June 9, 2015
   Dismissed pursuant to Code § 17.1-410(A)(3) and (B)